# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE W. VULLINGS, individually and on behalf of all others similarly situated, Plaintiff, | : : : : : : | CIVIL ACTION<br><br>No. 18-3317 |
| v. | : : | |
| BRYANT HEATING AND COOLING SYSTEMS, CARRIER CORPORATION, and UNITED TECHNOLOGIES CORPORATION, Defendants. | : : : : : : | |

## ORDER

This 19th day of February, 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 12), Plaintiff's Response (ECF No. 15), and Defendants' Reply (ECF No. 16), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Counts I, III, IV, and V are **DISMISSED** with prejudice. Counts II, VI, and VII are **DISMISSED** without prejudice.

      /s/ Gerald Austin McHugh
United States District Judge